# Third District Court of Appeal
## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0816
Lower Tribunal No. 25-41976-CC-24
_____


**Dachon Jones,**
Appellant,

vs.

**Harding Village, Ltd.,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

Dachon Jones, in proper person.

De Leon & De Leon, P.A., and Kirk D. De Leon, for appellee.


Before SCALES, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.